RECEIVED
OCT - 2 2017
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Claude Henton Jurchin
1224 Midland mo 63130 Is a medical
Condition Recovery Residence
)
)
)
)
)
)

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

Case No. _____
(To be assigned by Clerk of District Court)

Patric Luebbering
Missouri Bureaucracy Family
Support Division 9900 Page
ave Saint Louis mo 63132-1415

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them): Bureaucracy Predator Congregation Patric Luebbering Vigilante Rogue Wild thing Sacrifice Riot Starter Crew Depriving my Social Security Full Entitlement Insurance Medicaid - Medicare Coverage Patric Luebbering 9900 Page Saint Louis mo 63132-1415 Crew has no Constitutional Scroll Right of Depriving my Social Security Full Entitlement Insurance Medicare - Medicaid Coverage my Physicians Has not Release me from my medical condition

II. Plaintiff, CLauDE HENTON JURCHIN resides at 1224 MIDland ConDItIon Recovery ResIDENCE, UNIVERSIty, IS a mEDICaL

street address / city / county

mo, 63130 2616797
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, PaTRIC LuEBBERING lives at, or its business is located at

9900 avE, SaInt LouIs,
street address / city / county

mo, 63132-1415
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary): I WENT THROUGH a UNDERMINEING PROCEEDERS BEFOR THE POSTED PREDATOR BUREAUCRACY VEXATION VIGILANTE ROGUE WILD THING SACRIFICE RIOT STARTER CREW TOLD I IF I DO NOT SUBMIT EACH SHARE OF STOCK AND THE SERIAL NUMBER OF EACH SHARE OF STOCK AND MY BANK ACCOUNT NUMBER THEY WILL STOP MY SOCIAL SECURITY SSID ENTITLEMENT INSURANCE BENEFITS COVERAGE I TOLD THEM THAT I VERIFY I HAVE A BANK ACCOUNT AND THE STOCK IS A TRUST FUND FOR MY DAUGHT THE BUREAUCRACY 9900 PAGE STOP THREATING TO STOP MY SOCIAL SECURITY SSID ENTITLEMENT INSURANCE COVERAGE ACCOUNT THERES FOURTEEN PAGE EVIDENCE ARTICLES ISSUEING OF THE POSTED PREDATOR ORGANIZE DISORDER CORRUPT MISDIRECT POVERTY LAWMAKER BUREAUCRACY CONGREGATION UNDERMINEING PATRIC LUEBBERING VIGILANTE WILD THING SACRIFICEING RIOT STARTERS CREW DEPRIVING MY SOCIAL SECURITY FEDERAL FULL ENTITLEMENT INSURANCE MEDICAID MEDICARE COVERAGE ACCOUNT

OCTOBER-2-2017
FILING

[signature]

3

V. Relief: State briefly and exactly what you want the Court to do for you.

REQUESTING MONETARY ONE MILLION DOLLARS FOR PLACING MY HEALTH IN JEOPARDY AND THE BUREAUCRACY PREDATOR CONGREGATION PATRIC LUEBBERING VIGILANTE ROGUE WILD THING SACRIFICE RIOT STARTER CREW STOP DEPRIVING MY SOCIAL SECURITY FULL ENTITLEMENT INSURANCE MEDICAID MEDICARE COVERAGE (MY PHYSICIANS HAS NOT RELEASE ME FROM MY MEDICAL CONDITION)

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]     NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]     NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of OCTOBER, 2017

_Khalidē Meadow Aurkhin_
1224 Midland MO 63130
Signature of Plaintiff(s)

4